1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KRUEGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MISTRAS GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00997 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 18) |

On September 13, 2016, the parties notified the Court that the parties have settled the action. (Doc. 18)  Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed no later than **October 28, 2016**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action**.

IT IS SO ORDERED.

　Dated:　**September 14, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE