# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KRUEGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MISTRAS GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00997 JLT<br><br>ORDER CLOSING CASE<br>(Doc. 20) |

On October 13, 2016, the parties filed a stipulation to close this case (Doc. 20). This stipulation relies upon Federal Rules of Civil Procedure 41(a)(1)(A)(i) which allows that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal without prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

　　Dated:　**October 21, 2016**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE